UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN ALLEN,

    Plaintiff,

v.

E. BIRDSONG, et al.,

    Defendants.

Case No. 14-cv-04109-JST (PR)

**SCHEDULING ORDER**

Plaintiff, a state prisoner proceeding pro se, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983 against prison officials at Salinas Valley State Prison ("SVSP"), where he is currently incarcerated. On July 21, 2015 the Court found that, liberally construed, the complaint stated a cognizable Eighth Amendment claim for deliberate indifference to serious medical needs and ordered service upon four defendants. The Court directed defendants to file a dispositive motion on or before October 21, 2015.

Defendants were not served until November 2015. Accordingly, in order to ensure adequate time for defense counsel to prepare a dispositive motion, the briefing schedule for dispositive motions set out in the Court's July 21, 2015 order is VACATED, and the deadline for defendants to file their dispositive motion is CONTINUED to **March 8, 2016**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file their reply within **fourteen (14)** days of the date the opposition is filed.

IT IS SO ORDERED.

Dated: December 8, 2015

                                            JON S. TIGAR
                                           United States District Judge